# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet G. | U.S. District Court for the District of Columbia | 08/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Abramson Scholarship Foundation | Director |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Pension (D.C. Government) | $65,340.00 |
| 2. 2014 | Adjunct Professor, American University College of Law | $12,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property I Income (Washington, DC) | E | Rent | O | S | | | | | See Part VIII |
| 2. Rental Property II Income (Washington, DC) | D | Rent | N | W | | | | | See Part VIII |
| 3. Janney Montgomery IRA | | | | | | | | | |
| 4. Prudential Variable Annuity | | None | N | T | | | | | |
| 5. Janney Montgomery IRA | | | | | | | | | |
| 6. Thornburg Income Builder Fund | A | Dividend | J | T | | | | | |
| 7. Thornburg International Value Fund | | None | | | Sold | 04/29/14 | J | A | |
| 8. First Trust Div. Leaders Index Fund | A | Dividend | J | T | | | | | |
| 9. Harbor International Fund | A | Dividend | J | T | | | | | |
| 10. Voya Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 11. iShares Russsell 1000 Value Index | A | Dividend | J | T | | | | | |
| 12. iShares Russell 1000 Growth Index | A | Dividend | J | T | | | | | |
| 13. Victory Munder Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 14. T Rowe Price Equity Income Fund | A | Dividend | | | Sold | 08/28/14 | J | B | |
| 15. T Rowe Price Growth Stock Fund | A | Dividend | J | T | Sold (part) | 04/29/14 | J | A | |
| 16. T Rowe Price Emerging Markets Fund | | None | | | Sold | 01/30/14 | J | | |
| 17. Royce Total Return Fund | A | Dividend | | | Sold | 10/31/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR Index S&P Emerging Markets ETF | A | Dividend | | | Sold | 01/30/14 | J | A | |
| 19. Mainstay High Yield Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 20. Mainstay Floating Rate Fund | A | Dividend | J | T | | | | | |
| 21. PIMCO Total Return | A | Dividend | | | Sold | 10/31/14 | J | A | |
| 22. PIMCO Unrestrained Bond Fund | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 23. Prudential Short Term Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 24. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 25. ALPS Alerian MLP ETF | A | Dividend | | | Sold | 10/31/14 | J | A | |
| 26. JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 27. PIMCO Commodity Real Return | | None | | | Sold | 01/30/14 | J | | |
| 28. Global X Superdividend ETF | A | Dividend | J | T | | | | | |
| 29. Vanguard Europe ETF | A | Dividend | J | T | | | | | |
| 30. Weitz Value | A | Dividend | J | T | | | | | |
| 31. Dreyfuss Cash Management | A | Interest | J | T | | | | | |
| 32. Delaware Value | A | Dividend | J | T | Buy | 08/28/14 | J | | |
| 33. First Trust Financial Alphadex ETF | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 34. MFS International Value Fund | A | Dividend | J | T | Buy | 04/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer International Small Company | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 36. Thornburg Developing World | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 37. Vanguard Strategic Small Cap Fund | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 38. SPDR Energy ETF | A | Dividend | | | Buy | 10/03/14 | J | | |
| 39. SPDR Energy ETF | A | Dividend | | | Sold | 12/29/14 | J | | |
| 40. Vanguard Energy ETF | | None | J | T | Buy | 12/29/14 | J | | |
| 41. UBS Alerian MLP Infrastructure Index ETN | | None | J | T | Buy | 10/31/14 | J | | |
| 42. Mainstay Unconstrained Bond Fund | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 43. AQR Diversified Arbitrage Fund | A | Dividend | | | Buy | 04/30/14 | J | | |
| 44. AQR Diversified Arbitrage Fund | A | Dividend | | | Sold (part) | 10/01/14 | J | | |
| 45. AQR Diversified Arbitrage Fund | A | Dividend | | | Sold | 12/29/14 | J | | |
| 46. Credit Suisse Commodity Return Strategy | | None | | | Buy | 01/30/14 | J | | |
| 47. Credit Suisse Commodity Return Strategy | | None | | | Sold (part) | 04/30/14 | J | A | |
| 48. Credit Suisse Commodity Return Strategy | | None | | | Sold | 10/06/14 | J | | |
| 49. Prudential Total Return Bond Fund | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 50. Prudential Total Return Bond Fund | A | Dividend | | | Buy (add'l) | 12/29/14 | J | | |
| 51. Janney Montgomery Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thornburg International Value Fund | | None | | | Sold | 04/29/14 | J | A | |
| 53. Thornburg Income Builder Fund | A | Dividend | J | T | | | | | |
| 54. Dreyfuss Cash Management ▩ | A | Interest | J | T | | | | | |
| 55. Harbor International Fund | A | Dividend | J | T | | | | | |
| 56. First Trust Dividend Leaders Index ETF | A | Dividend | J | T | | | | | |
| 57. Voya Global Real Estate | A | Dividend | J | T | | | | | |
| 58. iShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 59. iShares Russell 1000 Growth | A | Dividend | J | T | Sold (part) | 10/29/14 | J | B | |
| 60. Victory Munder Mid Cap Growth Fund | | None | | | Sold | 10/29/14 | J | C | |
| 61. T Rowe Price Equity Income Fund | A | Dividend | | | Sold (part) | 04/29/14 | J | A | |
| 62. T Rowe Price Equity Income Fund | A | Dividend | | | Sold | 08/28/14 | J | B | |
| 63. T Rowe Price Growth Stock Fund | A | Dividend | J | T | Sold (part) | 04/29/14 | J | B | |
| 64. T Rowe Price Growth Stock Fund | A | Dividend | | | Buy (add'l) | 10/02/14 | J | | |
| 65. T Rowe Price Growth Stock Fund | A | Dividend | | | Sold (part) | 10/29/14 | J | B | |
| 66. T Rowe Price Emerging Markets Fund | | None | | | Sold | 01/30/14 | J | | |
| 67. Royce Total Return | A | Dividend | | | Sold | 10/29/14 | J | A | |
| 68. SPDR S&P Emerging Markets ETF | A | Dividend | | | Sold | 01/30/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mainstay High Yield Corporate Bond Fund | A | Dividend | J | T | | | | | |
| 70. Mainstay Floating Rate Fund | A | Dividend | J | T | Sold (part) | 01/28/14 | J | A | |
| 71. PIMCO Total Return | A | Dividend | | | Sold | 10/31/14 | J | A | |
| 72. PIMCO Unconstrained Bond Fund | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 73. Prudential Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 74. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 75. Alps Alerian MLP ETF | A | Dividend | | | Sold (part) | 01/30/14 | J | A | |
| 76. Alps Alerican MLP ETF | A | Dividend | | | Sold | 10/31/14 | J | B | |
| 77. JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 78. PIMCO Commodity Real Return Fund | | None | | | Sold | 01/30/14 | J | | |
| 79. Global X Superdividend ETF | A | Dividend | J | T | | | | | |
| 80. Vanguard Europe ETF | A | Dividend | J | T | | | | | |
| 81. Weitz Value | A | Dividend | J | T | | | | | |
| 82. Tesla Motors | | None | K | T | Buy | 10/29/14 | K | | |
| 83. Delaware Value Fund | A | Dividend | J | T | Buy | 08/28/14 | J | | |
| 84. First Trust Financial Alphadex ETF | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 85. MFS International Value Fund | A | Dividend | J | T | Buy | 04/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MFS International Value Fund | A | Dividend | | | Buy (add'l) | 10/01/14 | J | | |
| 87. Oppenheimer International Small Company | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 88. Thornburg Developing World Fund | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 89. Thornburg Developing World Fund | A | Dividend | | | Sold (part) | 04/29/14 | J | A | |
| 90. Vangaurd Energy ETF | | None | J | T | Buy | 12/29/14 | J | | |
| 91. UBS Alerian MLP Infrastructure Index ETN | | None | J | T | Buy | 10/31/14 | J | | |
| 92. Mainstay Unconstrained Bond Fund | A | Dividend | J | T | Buy | 04/29/14 | J | | |
| 93. Prudential Total Return Bond Fund | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 94. SPDR Energy ETF | A | Dividend | | | Buy | 10/03/14 | J | | |
| 95. SPDR Energy ETF | A | Dividend | | | Sold | 12/29/14 | J | | |
| 96. AQR Diversified Arbitrage Fund | | None | | | Buy | 04/30/14 | J | | |
| 97. AQR Diversified Arbitrage Fund | | None | | | Sold (part) | 10/01/14 | J | | |
| 98. AQR Diversified Arbitrage Fund | | None | | | Sold | 10/30/14 | J | | |
| 99. Credit Suisse Commodity Return Strategy | | None | | | Buy | 01/30/14 | J | | |
| 100. Credit Suisse Commodity Return Strategy | | None | | | Sold | 10/06/14 | J | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

Line Item 1:  One-half interest Rental Property I (Washington, DC) - the assessed total value is $840,000

Line Item 2:  One-third interest in Rental Property II (Washington, DC) - the estimated total value is $500,000.

Line Items 10, 57:  ING Real Estate Fund Changed its name to the Voya Real Estate Fund

Line Item 13:  Munder Mid Cap Growth Fund changed its name to Victory Munder Mid Cap Growth Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544